UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| KEVIN L. LEWIS, and | ) | Case No. 08-20212-659 |
| KATHY A. LEWIS, | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | |
| KEVIN L. LEWIS, and | ) | **Adversary No. 08-2020-659** |
| KATHY A. LEWIS, | ) | |
| | ) | PUBLISHED |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| STATE STREET BANK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** judgment is entered in favor of Kevin L. Lewis and Kathy A. Lewis, Debtors/Plaintiffs; and that Plaintiffs' request to determine that State Street Bank, Defendant is not a secured creditor and holds a general unsecured claim as to the debt owed on the Third Deed of Trust is GRANTED; and

**IT IS FURTHER ORDERED THAT** Plaintiffs' request to avoid the lien of State Street Bank, Defendant as to the Third Deed of Trust is GRANTED and upon completion of Debtors' Chapter 13 Plan and entry of Discharge Order, the lien pursuant to Defendant's Third Deed of Trust is

declared null and void and Defendant shall release its lien; and this is the final judgment and Order of the Bankruptcy Court in this case.

*Kathy A. Surratt - States*

KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  December 14, 2009
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Vicki A. Dempsey
Dempsey, Dempsey & Moellring, P.C.
716 Broadway
PO Box 510
Hannibal, MO 63401

Kathy and Kevin  Lewis
30992 130th
Canton, MO 63435

State Street Bank
801 State Street
Quincy, IL 62301

Jason C. Fleenor
119 S. 10th St.
Hannibal, MO 65283